IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EARL WILCOX SR., EARL WILCOX JR., LEKEVIOUS BRYANT a/k/a "Scar", and ALBERT LASTER,<br><br>Defendants. | Case No. 7:12-CR-8 (HL) |

## ORDER

Defendant Albert Laster's *Ex Parte* Motion (Doc. 120) is granted. The Warden of the Irwin County Detention Center, located at 132 Cotton Drive, Ocilla, Georgia 31774-2340, is ordered to deliver Lekevious Bryant to the United States Marshal for the Middle District of Georgia, and that the United States Marshal produce Lekevious Bryant for the trial of Albert Laster in Valdosta, Georgia, not later than 8:00 a.m. on July 30, 2012, and that the said Marshal, or his lawful deputy return Lekevious Bryant to the custody from whence he came when his presence is no longer required.

**SO ORDERED**, this 25th day of July, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh