UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 7:12-CR-8-HL |
| | : | CIV NO. 7:13-CV-90155 |
| EARL WILCOX, JR. | : | |

## ORDER ON MOTION TO LIFT THE STAY ON 28 U.S.C. § 2255 PROCEEDINGS

The Motion to Lift the Stay on the 28 U.S.C. § 2255 Proceedings having been read and considered,

IT IS HEREBY ORDERED that the same is granted.

The stay on the 28 U.S.C. § 2255 Proceedings is hereby lifted.

This  6th   day of March, 2014

                                                           s/ Hugh Lawson
                                                          HONORABLE HUGH LAWSON
                                                          UNITED STATES DISTRICT JUDGE